IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LESTER J SMITH, JR,      *

    Plaintiff,      *

v.      Case No.  5:22-cv-00044-CAR-TQL

     *

DEPUTY WARDEN PETER EADY et al.,

     *

    Defendants.

     *

## JUDGMENT

Pursuant to this Court's Order dated August 19, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of August, 2024.

                                                                David W. Bunt, Clerk

                                                              s/ Erin Pettigrew, Deputy Clerk