IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRUIST BANK, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00044-MTT |
| | * |
| LAWRENCE E MARABLE et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 30, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $332,813.23 .  The amount shall accrue interest from the date of entry of judgment at the rate of   4.26% per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 31st day of October, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk